UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 12-10766-CAS (JCx) | Date | February 4, 2013 |
|---|---|---|---|
| Title | NADER MIRZAI V. NDEX WEST LLC, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not present |

**Proceedings:** (In Chambers:) ORDER REMANDING THIS CASE TO THE SANTA BARBARA COUNTY SUPERIOR COURT

On October 30, 2012, plaintiff Nader Mirzai filed the instant action in the Santa Barbara County Superior Court against defendants Wells Fargo Bank, N.A. ("Wells Fargo"), NDEX West, LLC ("NDEX West"), and Golden West Savings Association Service Co. ("Golden West"). Wells Fargo removed the action to this Court on December 21, 2012. On January 16, 2013, the Court issued an order to show cause why this case should not be remanded for lack of subject matter jurisdiction, consistent with this Court's prior orders in <u>Ochoco v. Wells Fargo Bank, N.A.</u>, No. CV 12-6196 (C.D. Cal. Aug. 16, 2012) and <u>Il Ung Lim v. Wells Fargo Bank, N.A.</u>, 12-CV-8371 (C.D. Cal. Dec. 5, 2012).

On January 30, 2013, Wells Fargo filed a response in opposition to the Court's order. Dkt. No. 8. Plaintiff filed a response in support of this Court's order on January 31, 2013. Dkt. No. 9. Having reviewed and considered the parties' responses, the Court is not inclined to depart from its prior rulings on the issue of Wells Fargo's citizenship, absent a definitive ruling on this issue from the Ninth Circuit. Accordingly, the Court hereby REMANDS this case to the Santa Barbara County Superior Court for lack of subject matter jurisdiction. Defendant's motion to dismiss is denied as moot.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |